IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | CRIMINAL NO C-15-652 |
| | § | |
| JUSTIN RYAN SERNA | § | |

### GOVERNMENT'S ADVISORY MEMORANDUM TO THE COURT

COMES NOW the United States of America, by and through Ryan K. Patrick, the United States Attorney for the Southern District of Texas, and Hugo R. Martinez, Assistant United States Attorney, and files its Advisory Memorandum to the Court and as good cause would show the Court the following:

I. Memorandum to Court

On January 19, 2016, Justin Ryan Serna, hereinafter "defendant," was sentenced by the Court after a plea of guilty to one count of Sexual Exploitation of a Child in violation of Title 18, United States Code, Sections 2251(a) and (e). On October 2, 2017, defendant filed a motion to modify the record and on January 24, 2018, the Court ordered the government to respond within thirty (30) days. On February 23, 2018, the government filed its response and sent the defendant a copy of its response to the address listed for the defendant at FCI Beaumont. On March 21, 2018, defendant filed a second motion to modify the record and advised the Court that he had not received a copy of the government's response. Therefore, on March 29, 2018, the Court ordered the government to serve its response to the defendant again within five (5) days.

The government mailed a copy of its response to the defendant on February 23, 2018 at

the address listed for the defendant at FCI Beaumont, however, the U.S. Postal Service returned the correspondence to the government and listed the reason as "cannot identify." (*See* Exhibit 1). Therefore, March 22, 2018, the government sent another copy of its response via certified mail to his father's residence. (*See* Exhibit 2).  The government does not have any other addresses for the defendant.

                                            Respectfully submitted,

                                            RYAN J. PATRICK
                                            UNITED STATES ATTORNEY

By: /s/   Hugo R. Martinez
     Hugo R. Martinez
     Assistant United States Attorney
     Texas Bar # 24046358
     SDTX Admission # 1108574
     800 N. Shoreline Blvd., Suite 500
     Corpus Christi, Texas 78401
     (361) 888-3111; (361) 888-3200 (fax)

## CERTIFICATE OF SERVICE

I, Hugo R. Martinez, attorney for the government, hereby certify that a copy of the Government's Advisory Memorandum to the Court was mailed to the defendant, Justin Ryan Serna, on this <u>30th day of March 2018</u> to the addresses listed below:

| | |
|---|---|
| Beaumont FCI | Mr. Hector Serna |
| P.O. Box 26020 | 11513 Clear Creek |
| Beaumont, Texas 77720-6020 | Corpus Christi, Texas 78410 |

Respectfully submitted,

RYAN J. PATRICK
UNITED STATES ATTORNEY

By:  <u>/s/   Hugo R. Martinez</u>
Hugo R. Martinez