ient of Justice

Attorney
rict of Texas
iza, Suite 500
Blvd.
exas 78401

e Use $300

**RETURN TO SENDER**
☐ NO LONGER AT THIS ADDRESS
☑ NOT AUTHORIZED
☐ PLEASE FORWARD
☑ CANNOT IDENTIFY

U.S. OFFICIAL MAIL US POSTAGE
PENALTY FOR PRIVATE USE $300
$00.70
FP ★★★
Mailed From 78401
02/27/2018
031A 0005510035

Justin Ryan Serna
USM #
Beaum
P.O.
Beaum

NIXIE  777204008-1N  009 03/13/18
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

7772046020


GOVERNMENT EXHIBIT 1

Hector Serna
11513 Clear Creek
Corpus Christi, TX 78410

One Shoreline Plaza South Tower
ATTn. Hugo Martinez
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401

7017 0190 0000 7038 8207

